

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-8-2007

# USA v. Stevens

Precedential or Non-Precedential: Precedential

Docket No. 05-2497

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Stevens" (2007). *2007 Decisions.* Paper 1041.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1041

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-2497

_____

UNITED STATES OF AMERICA

v.

ROBERT J. STEVENS,
                          Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
D.C. Civil Action No. 04-cr-00051
(Honorable Alan N. Bloch)

_____

Present:  SCIRICA, Chief Judge,
SLOVITER, McKEE, RENDELL, BARRY, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN and COWEN, Circuit Judges

**O R D E R**

A majority of the active judges having voted for rehearing en banc in the above

appeal, it is ordered that the Clerk of this Court list the above case for rehearing en banc

at the convenience of the Court.

BY THE COURT,

/s/ Anthony J. Scirica
Chief Judge

Dated: May 8, 2007
CMD/cc: Karen S. Gerlach, Esq.
           Robert L. Eberhardt, Esq.
           Laura S. Irwin, Esq.